**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

**Case Number:** 16-56981 CKP
**Case Name:** Susan A Zimmerman

**Period Ending:** 12/15/16

**Trustee:** Larry J. McClatchey
**Filed (f) or Converted (c):** 10/28/16 (f)
**§341(a) Meeting Date:** 12/01/16
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2002 Dodge Grand Caravan - 187,200 miles | 2,075.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Huntington Checking | 30.00 | 0.00 | | 0.00 | FA |
| 6 | Huntington Savings | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Term Life with Madison National Life Insurance Co. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Child Support Arrearage (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 9 | 2016 Tax Refunds (u) | 0.00 | 4,300.00 | | 0.00 | 4,300.00 |
| **TOTALS** (Excluding Unknown Values) | | **$5,605.00** | **$4,300.00** | | **$0.00** | **$4,300.00** |

**Major activities affecting case closing:**
REPORT NO. 1: Trustee is investigating the child support arrerarage.

**Initial Projected Date of Final Report (TFR):** December 31, 2018        **Current Projected Date of Final Report (TFR):** December 31, 2018

    December 15, 2016                                                     /s/ Larry J. McClatchey
         Date                                                              Larry J. McClatchey